■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUBEN GONZALES, Appellant. (Appeal No. 2.) [603 NYS2d 788] — Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Onondaga County Court, Burke, J.— Criminal Sale Controlled Substance, 3rd Degree.) Present—Pine, J. P., Lawton, Fallon, Doerr and Davis, JJ.